## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## CIVIL MINUTE ORDER

| **Case No.:** 18-cv-07444-JCS | **Case Name:** City of Oakland v. Oakland Raiders, et al. | |
|---|---|---|
| **Chief Magistrate Judge:** JOSEPH C. SPERO | **Date**: July 19, 2019 | **Time:** 30 M |

**Attorney for Plaintiff:**  Bruce Simon, Maria Bee, Barbara Parker, James Quinn, Michael Pearson, Michael Faye, Clifford Pearson
**Attorney for Defendant:** Daniel Asimow - Oakland Raiders; John Hall and Ben Razi - for All other NFL Teams, except for the Oakland Raiders
**Attorney for Interested Party:**  Jeff Negrette, United States of America

**Deputy Clerk:** Karen Hom             **Court Reporter:** FTR 9:27-10:32

### PROCEEDINGS

1. Motion to Dismiss [dkt 41] – Submitted (29 M)
2. Further Case Management Conference – Held (1 M)

### ORDERED AFTER HEARING

Plaintiff will have forty-five (45) days to file an amended complaint.
Parties shall continue to engage in the process of document production, but no production should occur until the next motion to dismiss on amended complaint.

**CASE CONTINUED TO:**   Further case management conference will be set at the same time as the motion to dismiss.

**REFERRALS:**

[ ] Case referred to ADR for   to occur within  .
[ ] Case referred to (random) Magistrate Judge for a SETTLEMENT CONFERENCE to occur within, or as is convenient to the judge's calendar.
[ ] Case referred to Magistrate Judge   for  a SETTLEMENT CONFERENCE to occur within  or as is convenient to the judge's calendar.

**PRETRIAL SCHEDULE:**
**Initial Disclosures:**
**Number of Depos:**
**Discovery Cutoff:**
**Expert Disclosure:**
**Expert Rebuttal:**
**Expert Discovery Cutoff:**
**Deadline to File Dispositive Motions:**

**Motions Hearing & Daubert Motions:  at 9:30 AM**
**Pretrial Conference:  at 2:00 PM**
**Trial:  a**t **8:30 AM for   weeks [ ]   Jury [  ]    Court**

**Order to be prepared by:**
 [ ]  Plaintiff         [ ]  Defendant         [X]  Court
**cc:**