KENNETH G. HAUSMAN (Bar No. 57252)
kenneth.hausman@arnoldporter.com
DANIEL B. ASIMOW (Bar No. 165661)
daniel.asimow@arnoldporter.com
DAVID J. REIS (Bar No. 155782)
david.reis@arnoldporter.com
**ARNOLD & PORTER KAYE SCHOLER LLP**
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111-4024
Telephone:   415.471.3100
Facsimile:   415.471.3400

WILLIAM J. BAER (*pro hac vice*)
bill.baer@arnoldporter.com
JONATHAN I. GLEKLEN (*pro hac vice*)
jonathan.gleklen@arnoldporter.com
**ARNOLD & PORTER KAYE SCHOLER LLP**
601 Massachusetts Ave, NW
Washington, D.C. 20001-3743
Telephone:   202.942.5000
Facsimile:   202.942.5999

*Attorneys for Defendant* THE OAKLAND
RAIDERS, a California limited partnership

JOHN E. HALL (Bar No. 118877)
jhall@cov.com
GREGG H. LEVY (*pro hac vice*)
glevy@cov.com
DEREK LUDWIN (*pro hac vice*)
dludwin@cov.com
BENJAMIN J. RAZI (*pro hac vice*)
brazi@cov.com
**COVINGTON & BURLING LLP**
One CityCenter
850 Tenth Street, NW
Washington, DC  20001-4956
Telephone:   202.662.6000
Facsimile:   202.662.6291

*Attorneys for Defendants* THE NATIONAL
FOOTBALL LEAGUE and all NFL Clubs other
than The Oakland Raiders

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF OAKLAND, | Case No.: 3:18-cv-07444-JCS |
| Plaintiff, | Action Filed: December 11, 2018 |
| vs. | **STIPULATION AND [PROPOSED] ORDER TO EXTEND DEFENDANTS' TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT AND EXTEND BRIEFING SCHEDULE** |
| THE OAKLAND RAIDERS, a California limited partnership; ARIZONA CARDINALS FOOTBALL CLUB LLC; ATLANTA FALCONS FOOTBALL CLUB, LLC; BALTIMORE RAVENS LIMITED PARTNERSHIP; BUFFALO BILLS, LLC; PANTHERS FOOTBALL, LLC; THE CHICAGO BEARS FOOTBALL CLUB, INC.; CINCINNATI BENGALS, INC.; CLEVELAND BROWNS FOOTBALL COMPANY LLC; DALLAS COWBOYS FOOTBALL CLUB, LTD; PDB SPORTS, LTD; THE DETROIT LIONS, INC.; GREEN BAY PACKERS, INC.; HOUSTON NFL HOLDINGS, LP; INDIANAPOLIS COLTS, INC.; JACKSONVILLE JAGUARS, LLC; KANSAS | The Honorable Joseph C. Spero |

| | |
|---|---|
| 1 | CITY CHIEFS FOOTBALL CLUB, INC.; CHARGERS FOOTBALL COMPANY, LLC; THE RAMS FOOTBALL COMPANY, LLC; MIAMI DOLPHINS, LTD.; MINNESOTA VIKINGS FOOTBALL, LLC; NEW ENGLAND PATRIOTS LLC; NEW ORLEANS LOUISIANA SAINTS, LLC; NEW YORK FOOTBALL GIANTS, INC.; NEW YORK JETS LLC; PHILADELPHIA EAGLES, LLC; PITTSBURGH STEELERS LLC; FORTY NINERS FOOTBALL COMPANY LLC; FOOTBALL NORTHWEST LLC; BUCCANEERS TEAM LLC; TENNESSEE FOOTBALL, INC.; PRO-FOOTBALL, INC.; and THE NATIONAL FOOTBALL LEAGUE, |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | Defendants. |

# STIPULATION

Plaintiff City of Oakland ("Plaintiff") and Defendants the NFL and its thirty two member clubs ("Defendants"), through their respective attorney of record herein, enter into this Stipulation with reference to the following circumstances:

WHEREAS, on September 9, 2019, Plaintiff filed its First Amended Complaint against Defendants in City of Oakland v. The Oakland Raiders, et al., Case No. 3:18-cv-07444-JCS in the Northern District of California (the "FAC"); and

WHEREAS, the Parties have met and conferred, and have agreed to a briefing schedule for the Motion to Dismiss,

IT IS HEREBY STIPULATED AND AGREED, by and between undersigned counsel, subject to Court approval, that the time for Defendants to respond to the First Amended Complaint is extended and the briefing schedule for any Motion to Dismiss shall be as follows:

| | |
|---|---|
| Motion to dismiss due | October 25, 2019 |
| Opposition papers due | December 10, 2019 |
| Reply papers due | January 10, 2020 |
| Noticed hearing date | March 6, 2020 (or as soon thereafter as the Court is available) |

**IT IS SO STIPULATED.**

Dated:  September 20, 2019

**ARNOLD & PORTER KAYE SCHOLER LLP**

By:  /s/ *Daniel B. Asimow*
     Daniel B. Asimow

*Attorneys for Defendant*
THE OAKLAND RAIDERS

**COVINGTON & BURLING LLP**

By:  /s/ *John E. Hall*
     John E. Hall

*Attorneys for Defendants*
THE NATIONAL FOOTBALL LEAGUE and all NFL Clubs other than The Oakland Raiders

Dated:  September 20, 2019.

**PEARSON, SIMON & WARSHAW, LLP**

By:  /s/ *Michael H. Pearson*
     Michael H. Pearson

*Attorneys for Plaintiff*
CITY OF OAKLAND

-2-

## SIGNATURE ATTESTATION

I, Daniel B. Asimow, am the ECF user whose user ID and password are being utilized to electronically file this **STIPULATION AND [PROPOSED] ORDER TO EXTEND DEFENDANTS' TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT AND EXTEND BRIEFING SCHEDULE** ("Stipulation"). Pursuant to Local Rule 5-1(i)(3), I hereby attest that the other signatories have concurred in this filing.

Dated:  September 20, 2019.                     /s/ *Daniel B. Asimow*
                                                DANIEL B. ASIMOW

-3-

# **ORDER**

Having considered the parties' stipulation, the court hereby orders that the briefing schedule for Defendants' Motion to Dismiss will be the following:

| | |
|---|---|
| Motion to Dismiss due | October 25, 2019 |
| Opposition papers due | December 10, 2019 |
| Reply papers due | January 10, 2020 |
| Noticed hearing date | March 6, 2020 |

**IT IS SO ORDERED.**

Dated: _____

HONORABLE JOSEPH C. SPERO
Chief Magistrate Judge