BARBARA J. PARKER (Bar No. 69722)
  bparker@oaklandcityattorney.org
MARIA BEE (Bar No. 167716)
  mbee@oaklandcityattorney.org
ERIN BERNSTEIN (Bar No. 231539)
  ebernstein@oaklandcityattorney.org
**OAKLAND CITY ATTORNEY**
One Frank Ogawa Plaza, 6th Floor
Oakland, California  94612
Telephone: (510) 238-3601
Facsimile:    (510) 238-6500

CLIFFORD H. PEARSON (Bar No. 108523)
  cpearson@pswlaw.com
DANIEL L. WARSHAW (Bar No. 185365)
  dwarsshaw@pswlaw.com
THOMAS J. NOLAN (Bar No. 66992)
  tnolan@pswlaw.com
MICHAEL H. PEARSON (Bar No. 277857)
  mpearson@pswlaw.com
MATTHEW A. PEARSON (Bar No. 291484)
  mapearson@pswlaw.com
**PEARSON, SIMON & WARSHAW, LLP**
15165 Ventura Boulevard, Suite 400
Sherman Oaks, California  91403
Telephone: (818) 788-8300
Facsimile:  (818) 788-8104

JAMES W. QUINN
  jquinn@bafirm.com
DAVID BERG
  dberg@bafirm.com
MICHAEL M. FAY
  mfay@bafirm.com
JENNY H. KIM
  jkim@bafirm.com
CHRIS L. SPRENGLE
  csprengle@bafirm.com
BRONWYN M. JAMES
  bjames@bafirm.com
**BERG & ANDROPHY**
120 West 45th Street, 38th Floor
New York, New York 10036
Telephone:  (646) 766-0073
Facsimile:  (646) 219-1977

[Additional Counsel Listed on Signature Page]

*Attorneys for Plaintiff City of Oakland*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

| | |
|---|---|
| CITY OF OAKLAND,<br><br>    Plaintiff,<br><br>v.<br><br>THE OAKLAND RAIDERS, A CALIFORNIA LIMITED PARTNERSHIP; ARIZONA CARDINALS FOOTBALL CLUB LLC; ATLANTA FALCONS FOOTBALL CLUB, LLC; BALTIMORE RAVENS LIMITED PARTNERSHIP; BUFFALO BILLS, LLC; PANTHERS FOOTBALL, LLC; THE CHICAGO BEARS FOOTBALL CLUB, INC.; CINCINNATI BENGALS, INC.; CLEVELAND BROWNS FOOTBALL COMPANY LLC; DALLAS COWBOYS | CASE NO. 3:18-cv-07444-JCS<br><br>**NOTICE OF APPEARANCE OF THOMAS J. NOLAN**<br><br>**JURY TRIAL DEMANDED** |

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8<br>9<br>10<br>11<br>12<br>13 | FOOTBALL CLUB, LTD.; PDB SPORTS, LTD.; THE DETROIT LIONS, INC.; GREEN BAY PACKERS, INC.; HOUSTON NFL HOLDINGS, LP; INDIANAPOLIS COLTS, INC.; JACKSONVILLE JAGUARS, LLC; KANSAS CITY CHIEFS FOOTBALL CLUB, INC.; CHARGERS FOOTBALL COMPANY, LLC; THE RAMS FOOTBALL COMPANY, LLC; MIAMI DOLPHINS, LTD.; MINNESOTA VIKINGS FOOTBALL, LLC; NEW ENGLAND PATRIOTS LLC; NEW ORLEANS LOUISIANA SAINTS, LLC; NEW YORK FOOTBALL GIANTS, INC.; NEW YORK JETS LLC; PHILADELPHIA EAGLES, LLC; PITTSBURGH STEELERS LLC; FORTY NINERS FOOTBALL COMPANY LLC; FOOTBALL NORTHWEST LLC; BUCCANEERS TEAM LLC; TENNESSEE FOOTBALL, INC; PRO-FOOTBALL, INC.; and THE NATIONAL FOOTBALL LEAGUE,<br><br>                         Defendants. |

PLEASE TAKE NOTICE that Thomas J. Nolan of the law firm of PEARSON, SIMON & WARSHAW, LLP, hereby enters an appearance as counsel of record for Plaintiff City of Oakland in the above-captioned action. All pleadings and other documents should be addressed and served upon Thomas J. Nolan as follows:

> Thomas J. Nolan
> PEARSON, SIMON & WARSHAW, LLP
> 15165 Ventura Boulevard, Suite 400
> Sherman Oaks, CA 91403
> Telephone: (818) 788-8300
> Facsimile: (818) 788-8104
> E-Mail: tnolan@pswlaw.com

By: ___*/s/ Barbara J. Parker*___
    BARBARA J. PARKER

BARBARA J. PARKER (Bar No. 69722)
  bparker@oaklandcityattorney.org
MARIA BEE (Bar No. 167716)
  mbee@oaklandcityattorney.org
ERIN BERNSTEIN (Bar No. 231539)
  ebernstein@oaklandcityattorney.org
**OAKLAND CITY ATTORNEY**
One Frank Ogawa Plaza, 6th Floor
Oakland, California 94612
Telephone: (510) 238-3601
Facsimile: (510) 238-6500

By: ___*/s/ James W. Quinn*___
    JAMES W. QUINN

JAMES W. QUINN
  jquinn@bafirm.com
DAVID BERG
  dberg@bafirm.com
MICHAEL M. FAY
  mfay@bafirm.com
JENNY H. KIM
  jkim@bafirm.com
CHRIS L. SPRENGLE
  csprengle@bafirm.com
BRONWYN M. JAMES
  bjames@bafirm.com
**BERG & ANDROPHY**
120 West 45th Street, 38th Floor
New York, New York 10036
Telephone: (646) 766-0073
Facsimile: (646) 219-1977

| | |
|---|---|
| By: _/s/ Thomas J. Nolan_<br>THOMAS J. NOLAN | BRUCE L. SIMON (Bar No. 96241)<br>bsimon@pswlaw.com<br>BENJAMIN E. SHIFTAN (Bar No. 265767)<br>bshiftan@pswlaw.com |

CLIFFORD H. PEARSON (Bar No. 108523)
cpearson@pswlaw.com
DANIEL L. WARSHAW (Bar No. 185365)
dwarshaw@pswlaw.com
THOMAS J. NOLAN (Bar No. 66992)
tnolan@pswlaw.com
MICHAEL H. PEARSON (Bar No. 277857)
mpearson@pswlaw.com
MATTHEW A. PEARSON (Bar No. 291484)
mapearson@pswlaw.com
**PEARSON, SIMON & WARSHAW, LLP**
15165 Ventura Boulevard, Suite 400
Sherman Oaks, California  91403
Telephone:   (818) 788-8300
Facsimile:    (818) 788-8104

**PEARSON, SIMON & WARSHAW, LLP**
350 Sansome, Suite 680
San Francisco, California  94104
Telephone:   (415) 433-9000
Facsimile:    (415) 433-9008

*Attorneys for Plaintiff City of Oakland*