BARBARA J. PARKER (Bar No. 69722)
  bparker@oaklandcityattorney.org
MARIA BEE (Bar No. 167716)
  mbee@oaklandcityattorney.org
ERIN BERNSTEIN (Bar No. 231539)
  ebernstein@oaklandcityattorney.org
**OAKLAND CITY ATTORNEY**
One Frank Ogawa Plaza, 6th Floor
Oakland, California 94612
Telephone: (510) 238-3601
Facsimile:  (510) 238-6500

CLIFFORD H. PEARSON (Bar No. 108523)
  cpearson@pswlaw.com
DANIEL L. WARSHAW (Bar No. 185365)
  dwarsshaw@pswlaw.com
THOMAS J. NOLAN (Bar No. 66992)
  tnolan@pswlaw.com
MICHAEL H. PEARSON (Bar No. 277857)
  mpearson@pswlaw.com
MATTHEW A. PEARSON (Bar No. 291484)
  mapearson@pswlaw.com
**PEARSON, SIMON & WARSHAW, LLP**
15165 Ventura Boulevard, Suite 400
Sherman Oaks, California 91403
Telephone: (818) 788-8300
Facsimile:  (818) 788-8104

JAMES W. QUINN
  jquinn@bafirm.com
DAVID BERG
  dberg@bafirm.com
MICHAEL M. FAY
  mfay@bafirm.com
JENNY H. KIM
  jkim@bafirm.com
CHRIS L. SPRENGLE
  csprengle@bafirm.com
BRONWYN M. JAMES
  bjames@bafirm.com
**BERG & ANDROPHY**
120 West 45th Street, 38th Floor
New York, New York 10036
Telephone: (646) 766-0073
Facsimile:  (646) 219-1977

[Additional Counsel Listed on Signature Page]

*Attorneys for Plaintiff City of Oakland*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

| | |
|---|---|
| CITY OF OAKLAND,<br><br>    Plaintiff,<br><br>    v.<br><br>THE OAKLAND RAIDERS, A CALIFORNIA LIMITED PARTNERSHIP; ARIZONA CARDINALS FOOTBALL CLUB LLC; ATLANTA FALCONS FOOTBALL CLUB, LLC; BALTIMORE RAVENS LIMITED PARTNERSHIP; BUFFALO BILLS, LLC; PANTHERS FOOTBALL, LLC; THE CHICAGO BEARS FOOTBALL CLUB, INC.; CINCINNATI BENGALS, INC.; CLEVELAND BROWNS FOOTBALL COMPANY LLC; DALLAS COWBOYS | CASE NO. 3:18-cv-07444-JCS<br><br>**ADMINISTRATIVE MOTION FOR PLAINTIFF'S COUNSEL CLIFFORD H. PEARSON TO APPEAR BY TELEPHONE** |

| | |
|---|---|
| 1 | FOOTBALL CLUB, LTD.; PDB SPORTS, LTD.; THE DETROIT LIONS, INC.; GREEN BAY PACKERS, INC.; HOUSTON NFL HOLDINGS, LP; INDIANAPOLIS COLTS, INC.; JACKSONVILLE JAGUARS, LLC; KANSAS CITY CHIEFS FOOTBALL CLUB, INC.; CHARGERS FOOTBALL COMPANY, LLC; THE RAMS FOOTBALL COMPANY, LLC; MIAMI DOLPHINS, LTD.; MINNESOTA VIKINGS FOOTBALL, LLC; NEW ENGLAND PATRIOTS LLC; NEW ORLEANS LOUISIANA SAINTS, LLC; NEW YORK FOOTBALL GIANTS, INC.; NEW YORK JETS LLC; PHILADELPHIA EAGLES, LLC; PITTSBURGH STEELERS LLC; FORTY NINERS FOOTBALL COMPANY LLC; FOOTBALL NORTHWEST LLC; BUCCANEERS TEAM LLC; TENNESSEE FOOTBALL, INC; PRO-FOOTBALL, INC.; and THE NATIONAL FOOTBALL LEAGUE, |
| | Defendants. |

Pursuant to Civil Local Rule 16-10(a), Plaintiff City of Oakland, respectfully requests permission for counsel Clifford H. Pearson to appear by telephone at the Motion to Dismiss hearing scheduled for Friday March 6 at 9:30 a.m. in the above-referenced Court. Counsel Bruce Simon of Pearson, Simon & Warshaw, LLP and counsel from Berg & Androphy will be present at the hearing.

DATED: February 28, 2020

By:     */s/ Barbara J. Parker*
      BARBARA J. PARKER

BARBARA J. PARKER (Bar No. 69722)
  bparker@oaklandcityattorney.org
MARIA BEE (Bar No. 167716)
  mbee@oaklandcityattorney.org
ERIN BERNSTEIN (Bar No. 231539)
  ebernstein@oaklandcityattorney.org
**OAKLAND CITY ATTORNEY**
One Frank Ogawa Plaza, 6th Floor
Oakland, California 94612
Telephone: (510) 238-3601
Facsimile: (510) 238-6500

By:     */s/ James W. Quinn*
      JAMES W. QUINN

JAMES W. QUINN
  jquinn@bafirm.com
DAVID BERG
  dberg@bafirm.com
MICHAEL M. FAY
  mfay@bafirm.com
JENNY H. KIM
  jkim@bafirm.com
CHRIS L. SPRENGLE
  csprengle@bafirm.com
BRONWYN M. JAMES
  bjames@bafirm.com
**BERG & ANDROPHY**
120 West 45th Street, 38th Floor
New York, New York 10036
Telephone: (646) 766-0073
Facsimile: (646) 219-1977

| | |
|---|---|
| By: _/s/ Clifford H. Pearson_<br>        CLIFFORD H. PEARSON<br><br>CLIFFORD H. PEARSON (Bar No. 108523)<br>   cpearson@pswlaw.com<br>DANIEL L. WARSHAW (Bar No. 185365)<br>   dwarshaw@pswlaw.com<br>THOMAS J. NOLAN (Bar No. 66992)<br>   tnolan@pswlaw.com<br>MICHAEL H. PEARSON (Bar No. 277857)<br>   mpearson@pswlaw.com<br>MATTHEW A. PEARSON (Bar No. 291484)<br>   mapearson@pswlaw.com<br>**PEARSON, SIMON & WARSHAW, LLP**<br>15165 Ventura Boulevard, Suite 400<br>Sherman Oaks, California 91403<br>Telephone:   (818) 788-8300<br>Facsimile:    (818) 788-8104<br><br>*Attorneys for Plaintiff City of Oakland* | By: _/s/ Bruce L. Simon_<br><br>BRUCE L. SIMON (Bar No. 96241)<br>   bsimon@pswlaw.com<br>BENJAMIN E. SHIFTAN (Bar No. 265767)<br>   bshiftan@pswlaw.com<br>**PEARSON, SIMON & WARSHAW, LLP**<br>350 Sansome, Suite 680<br>San Francisco, California 94104<br>Telephone:   (415) 433-9000<br>Facsimile:    (415) 433-9008 |

### [PROPOSED] ORDER GRANTING REQUEST TO APPEAR TELEPHONICALLY

The Court having reviewed Plaintiff City of Oakland Administrative Motion for Plaintiff's counsel to appear telephonically at the March 6, 2020 Motion to Dismiss hearing, grants Clifford H. Pearson permission to appear by telephone.

IT IS SO ORDERED.

DATED: _____    _____
                                                                    Magistrate Judge Joseph C. Spero