BARBARA J. PARKER (Bar No. 69722)
  bparker@oaklandcityattorney.org
MARIA BEE (Bar No. 167716)
  mbee@oaklandcityattorney.org
ERIN BERNSTEIN (Bar No. 231539)
  ebernstein@oaklandcityattorney.org
**OAKLAND CITY ATTORNEY**
One Frank Ogawa Plaza, 6th Floor
Oakland, California 94612
Telephone: (510) 238-3601
Facsimile: (510) 238-6500

CLIFFORD H. PEARSON (Bar No. 108523)
  cpearson@pswlaw.com
DANIEL L. WARSHAW (Bar No. 185365)
  dwarshaw@pswlaw.com
MICHAEL H. PEARSON (Bar No. 277857)
  mpearson@pswlaw.com
MATTHEW A. PEARSON (Bar No. 291484)
  mapearson@pswlaw.com
**PEARSON, SIMON & WARSHAW, LLP**
15165 Ventura Boulevard, Suite 400
Sherman Oaks, California 91403
Telephone: (818) 788-8300
Facsimile: (818) 788-8104

JAMES W. QUINN (*pro hac vice*)
  jquinn@bafirm.com
DAVID BERG (*pro hac vice*)
  dberg@bafirm.com
MICHAEL M. FAY (*pro hac vice*)
  mfay@bafirm.com
JENNY H. KIM (*pro hac vice*)
  jkim@bafirm.com
CHRIS L. SPRENGLE (*pro hac vice*)
  csprengle@bafirm.com
BRONWYN M. JAMES (*pro hac vice*)
  bjames@bafirm.com
EMILY BURGESS (*pro hac vice*)
  eburgess@bafirm.com
**BERG & ANDROPHY**
120 West 45th Street, 38th Floor
New York, New York 10036
Telephone: (646) 766-0073
Facsimile: (646) 219-1977

[Additional Counsel Listed on Signature Page]

*Attorneys for Plaintiff City of Oakland*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

| | |
|---|---|
| CITY OF OAKLAND,<br><br>Plaintiff,<br><br>v.<br><br>THE OAKLAND RAIDERS, A CALIFORNIA LIMITED PARTNERSHIP; ARIZONA CARDINALS FOOTBALL CLUB LLC; ATLANTA FALCONS FOOTBALL CLUB, LLC; BALTIMORE RAVENS LIMITED PARTNERSHIP; BUFFALO BILLS, LLC; PANTHERS FOOTBALL, LLC; THE CHICAGO BEARS FOOTBALL CLUB, INC.; CINCINNATI BENGALS, INC.; CLEVELAND BROWNS FOOTBALL | CASE NO. 3:18-cv-07444-JCS<br><br>**PLAINTIFF CITY OF OAKLAND'S NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT** |

COMPANY LLC; DALLAS COWBOYS FOOTBALL CLUB, LTD.; PDB SPORTS, LTD.; THE DETROIT LIONS, INC.; GREEN BAY PACKERS, INC.; HOUSTON NFL HOLDINGS, LP; INDIANAPOLIS COLTS, INC.; JACKSONVILLE JAGUARS, LLC; KANSAS CITY CHIEFS FOOTBALL CLUB, INC.; CHARGERS FOOTBALL COMPANY, LLC; THE RAMS FOOTBALL COMPANY, LLC; MIAMI DOLPHINS, LTD.; MINNESOTA VIKINGS FOOTBALL, LLC; NEW ENGLAND PATRIOTS LLC; NEW ORLEANS LOUISIANA SAINTS, LLC; NEW YORK FOOTBALL GIANTS, INC.; NEW YORK JETS LLC; PHILADELPHIA EAGLES, LLC; PITTSBURGH STEELERS LLC; FORTY NINERS FOOTBALL COMPANY LLC; FOOTBALL NORTHWEST LLC; BUCCANEERS TEAM LLC; TENNESSEE FOOTBALL, INC; PRO-FOOTBALL, INC.; and THE NATIONAL FOOTBALL LEAGUE,

    Defendants.

| | |
|---|---|
| 1 | **TO EACH PARTY AND THEIR ATTORNEYS OF RECORD:** |
| 2 | PLEASE TAKE NOTICE THAT Plaintiff City of Oakland hereby appeals to the United States |
| 3 | Court of Appeals for the Ninth Circuit the District Court's Final Judgment dismissing this case, entered on |
| 4 | April 30, 2020 (Document No. 87, attached hereto as Exhibit "A"), and the District Court's Order |
| 5 | dismissing this case with prejudice on April 30, 2020 (Document No. 86, attached hereto as Exhibit "B"). |
| 6 | This is an appeal of the federal antitrust claims and not an appeal with respect to any claims over which |
| 7 | the District Court declined jurisdiction, including but not limited to any state law claims that Plaintiff may |
| 8 | pursue in a separate state court action. |
| 9 | / / / |
| 10 | / / / |
| 11 | / / / |
| 12 | / / / |
| 13 | / / / |
| 14 | / / / |
| 15 | / / / |
| 16 | / / / |
| 17 | / / / |
| 18 | / / / |
| 19 | / / / |
| 20 | / / / |
| 21 | / / / |
| 22 | / / / |
| 23 | / / / |
| 24 | / / / |
| 25 | / / / |
| 26 | / / / |
| 27 | / / / |
| 28 | / / / |

DATED: May 29, 2019

By:     */s/ Maria Bee*
         MARIA BEE

BARBARA J. PARKER (Bar No. 69722)
  bparker@oaklandcityattorney.org
MARIA BEE (Bar No. 167716)
  mbee@oaklandcityattorney.org
ERIN BERNSTEIN (Bar No. 231539)
  ebernstein@oaklandcityattorney.org
**OAKLAND CITY ATTORNEY**
One Frank Ogawa Plaza, 6th Floor
Oakland, California 94612
Telephone: (510) 238-3601
Facsimile: (510) 238-6500

By:     */s/ James W. Quinn*
         JAMES W. QUINN

JAMES W. QUINN (*pro hac vice*)
  jquinn@bafirm.com
DAVID BERG (*pro hac vice*)
  dberg@bafirm.com
MICHAEL M. FAY (*pro hac vice*)
  mfay@bafirm.com
JENNY H. KIM (*pro hac vice*)
  jkim@bafirm.com
CHRIS L. SPRENGLE (*pro hac vice*)
  csprengle@bafirm.com
BRONWYN M. JAMES (*pro hac vice*)
  bjames@bafirm.com
EMILY BURGESS (*pro hac vice*)
  eburgess@bafirm.com
**BERG & ANDROPHY**
120 West 45th Street, 38th Floor
New York, New York 10036
Telephone: (646) 766-0073
Facsimile: (646) 219-1977

By:     */s/ Bruce L. Simon*
         BRUCE L. SIMON

CLIFFORD H. PEARSON (Bar No. 108523)
  cpearson@pswlaw.com
DANIEL L. WARSHAW (Bar No. 185365)
  dwarshaw@pswlaw.com
THOMAS J. NOLAN (Bar No. 66992)
  tnolan@pswlaw.com
MICHAEL H. PEARSON (Bar No. 277857)
  mpearson@pswlaw.com
MATTHEW A. PEARSON (Bar No. 291484)
  mapearson@pswlaw.com
**PEARSON, SIMON & WARSHAW, LLP**
15165 Ventura Boulevard, Suite 400
Sherman Oaks, California 91403
Telephone: (818) 788-8300
Facsimile: (818) 788-8104

BRUCE L. SIMON (Bar No. 96241)
  bsimon@pswlaw.com
BENJAMIN E. SHIFTAN (Bar No. 265767)
  bshiftan@pswlaw.com
**PEARSON, SIMON & WARSHAW, LLP**
350 Sansome Street, Suite 680
San Francisco, California 94104
Telephone: (415) 433-9000
Facsimile: (415) 433-9008

*Attorneys for Plaintiff City of Oakland*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the forgoing **PLAINTIFF CITY OF OAKLAND'S NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT** has been filed electronically with the U.S. District Court, Northern District of California this 29th day of May 2020.  Notice of this filing will be sent to all parties of record by operation of the Court's CM/ECF electronic filing system.

By: */s/ Bruce L. Simon*