UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

DEC 27 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| CITY OF OAKLAND,<br><br>　　　　　Plaintiff - Appellant,<br><br>　v.<br><br>OAKLAND RAIDERS, a California Limited Partnership; et al.,<br><br>　　　　　Defendants - Appellees. | No. 20-16075<br><br>D.C. No. 3:18-cv-07444-JCS<br>U.S. District Court for Northern California, San Francisco<br><br>**MANDATE** |

　　　The judgment of this Court, entered December 02, 2021, takes effect this date.

　　　This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

　　　　　　　　　　　　　　　　　　FOR THE COURT:

　　　　　　　　　　　　　　　　　　MOLLY C. DWYER
　　　　　　　　　　　　　　　　　　CLERK OF COURT

　　　　　　　　　　　　　　　　　　By: Quy Le
　　　　　　　　　　　　　　　　　　Deputy Clerk
　　　　　　　　　　　　　　　　　　Ninth Circuit Rule 27-7