# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

March 14, 2022

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Ninth
Circuit
95 Seventh Street
San Francisco, CA  94103-1526

      Re:  City of Oakland, California
              v. Oakland Raiders, et al.
              No. 21-1243
              (Your No. 20-16075)

Dear Clerk:

      The petition for a writ of certiorari in the above entitled case was filed on March 10, 2022 and placed on the docket March 14, 2022 as No. 21-1243.

Sincerely,

**Scott S. Harris**, Clerk

by

Redmond K. Barnes
Case Analyst